```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              Case No. 04-cr-181-PB

**Kenneth Knight**


**O R D E R**

The defendant has moved to continue the July 6, 2005 trial in the above case. Defendant cites the need for additional time to file and argue a motion to suppress in advance of trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 6, 2005 to October 4, 2005. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

```
                                    _____
                                    Paul Barbadoro
                                    United States District Judge
```

July 1, 2005

cc:  Stephen Jeffco, Esq.
     Mark Howard, Esq.
     United States Probation
     United States Marshal