UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                           Case No. 04-cr-181-01-PB

**Kenneth Knight**


                    **O R D E R**


    The defendant has moved to continue the April 18, 2006 trial in the above case.  Defendant's wife recently passed away and accordingly, additional time is requested so that he may deal with getting her estate in order.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 18, 2006 to July 6, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on June 27, 2006 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 7, 2006

cc: Stephen Jeffco, Esq.
    Jennifer Davis, AUSA
    United States Probation
    United States Marshal